1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER,

11              Plaintiff,                    No. 2:12-cv-01092 MCE KJN P

12        vs.

13   CAPTAIN, et al.,

14              Defendants.            FINDINGS AND RECOMMENDATIONS

15   _____/

16              Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed June 12, 2012, this court found that plaintiff

18   was precluded from proceeding in forma pauperis in this action because he is "three strikes"

19   barred under the 28 U.S.C. § 1915(g).  (See Dkt. No. 8.)  Plaintiff was directed to pay the full

20   filing fee of $350.00, within twenty-one days, in order to proceed with this action.  Plaintiff was

21   cautioned that failure to timely submit the full filing fee would result in a recommendation that

22   this action be dismissed.

23              The twenty-one day period has expired, and plaintiff has not responded to the

24   court's order, or paid the filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this

25   action be dismissed without prejudice.

26   ////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  July 23, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

weav1092.f&r.3strikes

2